**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| BEN & JERRY'S HOMEMADE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:24-cv-08641 |
| | ) | |
| UNILEVER PLC AND CONOPCO, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>MOTION FOR ADMISSION PRO HAC VICE</u>

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Angela Peterson hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Ben & Jerry's Homemade, Inc. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 14, 2024                    Respectfully submitted,

                                            **AHMAD, ZAVITSANOS & MENSING PLLC**

                                            By: *Angela Peterson*
                                            Angela Peterson
                                            1221 McKinney, Suite 2500
                                            Houston, Texas 77010
                                            Phone:(713) 655-1101
                                            Fax:(713) 655-0062
                                            apeterson@azalaw.com

1