**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC.,      ) | |
| ) | |
| Plaintiff,     ) | |
| v.        ) | Case No. 1:24-cv-08641 |
| ) | |
| UNILEVER PLC AND CONOPCO, INC.   ) | |
| ) | |
| Defendants.     ) | |
| ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Edward Goolsby hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Ben & Jerry's Homemade, Inc. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 13, 2024                           Respectfully submitted,

**AHMAD, ZAVITSANOS & MENSING PLLC**

By: *Edward Goolsby*
Edward Goolsby
1221 McKinney, Suite 2500
Houston, Texas 77010
Phone:(713) 655-1101
Fax:(713) 655-0062
egoolsby@azalaw.com

1