UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNILEVER PLC AND CONOPCO, INC. ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:24-cv-08641 |

**AFFIDAVIT OF EDWARD GOOLSBY**

COUNTY OF HARRIS      §
                     §
STATE OF TEXAS        §

BEFORE ME, the undersigned authority, personally appeared Edward Goolsby, who, being by me duly sworn, deposed and said:

1. My name is Edward Goolsby. I am over 18 years of age, of sound mind, capable of making this Affidavit. I have personal knowledge of the facts herein stated, and they are true and correct.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

_____
Edward Goolsby

SUBSCRIBED AND SWORN TO BEFORE ME on the 14th day of November, 2024, to certify which witness my hand and official seal.

_____
Notary Public in and for
The State of Texas

VALERIE NOEL KOINIS
Notary Public, State of Texas
Comm. Expires 06-08-2028
Notary ID 130693301

2