UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEN & JERRY'S HOMEMADE, INC.,   )
                                )
           Plaintiff,           )
                                )
     v.                         )      Case No. 1:24-cv-08641
                                )
UNILEVER PLC AND CONOPCO, INC.  )
                                )
           Defendants.          )
                                )

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Edward Goolsby, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Texas; and that his contact information is as follows:

Edward Goolsby
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney, Suite 2500
Houston, TX 77010
713-655-1101
egoolsby@azalaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Ben & Jerry's Homemade, Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: November 14, 2024                    _____
                                            United States District/Magistrate Judge