## CONFIDENTIAL SETTLEMENT AND RELEASE AGREEMENT

This CONFIDENTIAL SETTLEMENT AND RELEASE AGREEMENT (the "Settlement Agreement"), effective December 13, 2022 (the "Effective Date"), is entered into by Conopco, Inc. ("Conopco" or "Defendant"), Unilever IP Holdings B.V., and Unilever PLC (collectively "Unilever"), on the one hand, and Ben & Jerry's Homemade Inc. and the Class I Directors of the Ben & Jerry's Board of Directors ("Ben & Jerry's" or "Plaintiff"), on the other hand, each hereinafter sometimes referred to as a "Party" and collectively as the "Parties".



2.  Conopco and Unilever agree to:



(b) Respect and acknowledge the Ben & Jerry's Independent Board's primary responsibility over Ben & Jerry's Social Mission and Essential Brand Integrity and agree to work in good faith with the Independent Board to ensure that both are protected and furthered.

Exhibit No. 2

DocuSign Envelope ID: 9C3A6DB4-F89B-42E1-8DE4-0A35A66D4D35



(g) Unilever will make two $2,500,000 payments to Ben & Jerry's Homemade Inc. (totaling $5,000,000). The first payment will occur in 2023 and the second payment in 2024. Under no circumstances will the first payment be made later than July 30, 2023, or the second payment be made later than July 30, 2024. The Chair of the Independent Board in good faith consultation with Unilever will determine to which humanitarian and human rights organizations the funds will be disbursed. Unilever's consent will not be unreasonably withheld.



2

Case 1:24-cv-08641-PKC    Document 5-2    Filed 11/14/24    Page 3 of 6



3



4



13. Governing Law: This Settlement Agreement and any dispute arising out of this Settlement Agreement shall be governed by, and construed in accordance with, the laws of the state of New York, regardless of the laws that might otherwise govern under applicable principles of conflicts of law.

14. Each of the Parties hereto (a) consents to submit itself to the personal jurisdiction of any state or Federal court located in the State of New York in the event any dispute arises regarding this agreement, (b) agrees that it will not attempt to deny or defeat such personal jurisdiction by motion or other request for leave from any such court, and (c) agrees that it will not bring any action relating to the settlement agreement in any court other than a court sitting in the State of New York.

**IN WITNESS WHEREOF**, the Parties have each signed this Settlement Agreement as of the Effective Date.

| | | | |
|---|---|---|---|
| For: | Conopco, Inc. | For: | Class I Directors |
| By: | *Jeffrey Eglash* | By: | *Anuradha Mittal* |
| | Jeffrey Eglash | | Anuradha Mittal |
| Date: | 12/14/2022 | Date: | 14/12/22 |
| For: | Unilever IP Holdings B.V. | By: | *[signature]* |
| By: | *Matt Close* | | Daryn Dodson |
| | Matt Close | Date: | 14/12/22 |
| Date: | 12/14/2022 | By: | *Jennifer Henderson* |
| | | | Jennifer Henderson |
| For: | Unilever PLC | Date: | 14/12/22 |
| By: | *Maria Varsellona* | By: | *[signature]* |
| | Maria Varsellona | | Detavio Samuels |
| Date: | 12/14/2022 | Date: | 14/12/22 |
| For: | Ben & Jerry's Homemade, Inc. | By: | *chivysok* |
| By: | *[signature]* | | Chivy Sok |
| | Matthew McCarthy | Date: | 14/12/22 |
| Date: | 12/14/2022 | | |

For: Unilever IP Holdings B.V.

*[signature]*

By: Sarah Woodhouse

Date:    14/12/22

6