UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNILEVER PLC AND CONOPCO, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 1:24-cv-08641

### AFFIDAVIT OF SEAN F. HEALEY

COUNTY OF HARRIS       §
                       §
STATE OF TEXAS         §

BEFORE ME, the undersigned authority, personally appeared Sean F. Healey, who, being by me duly sworn, deposed and said:

1. My name is Sean F. Healey. I am over 18 years of age, of sound mind, capable of making this Affidavit. I have personal knowledge of the facts herein stated, and they are true and correct.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

_____
Sean F. Healey

SUBSCRIBED AND SWORN TO BEFORE ME on the 14th day of November, 2024, to certify which witness my hand and official seal.

_____
Notary Public in and for
The State of Texas

TAMMI BYRD
Notary Public, State of Texas
Comm. Expires 03-05-2027
Notary ID 125942150

2