UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., )<br>  )<br>  Plaintiff, )<br>  )<br> v. )<br>  )<br> UNILEVER PLC AND CONOPCO, INC. )<br>  )<br>  Defendants. )<br>  )<br>  ) | Case No. 1:24-cv-08641 |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sean F. Healey hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Ben & Jerry's Homemade, Inc. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 13, 2024               Respectfully submitted,

AHMAD, ZAVITSANOS & MENSING PLLC

By: _____
Sean F. Healey
1221 McKinney, Suite 2500
Houston, Texas 77010
Phone:(713) 655-1101
Fax:(713) 655-0062
shealey@azalaw.com

1