UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNILEVER PLC AND CONOPCO, INC. ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:24-cv-08641 |

### AFFIDAVIT OF SEAN F. HEALEY

COUNTY OF HARRIS　　§
　　　　　　　　　　　§
STATE OF TEXAS　　　§

BEFORE ME, the undersigned authority, personally appeared Sean F. Healey, who, being by me duly sworn, deposed and said:

1. My name is Sean F. Healey. I am over 18 years of age, of sound mind, capable of making this Affidavit. I have personal knowledge of the facts herein stated, and they are true and correct.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Sean F. Healey

SUBSCRIBED AND SWORN TO BEFORE ME on the 14th day of November, 2024, to certify which witness my hand and official seal.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Notary Public in and for
　　　　　　　　　　　　　　　　　The State of Texas

TAMMI BYRD
Notary Public, State of Texas
Comm. Expires 03-05-2027
Notary ID 125942150

2