UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNILEVER PLC AND CONOPCO, INC.<br><br>　　　　　Defendants. | Case No. 1:24-cv-08641 |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Sean Healey, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Texas; and that his contact information is as follows:

> Sean Healey
> Ahmad, Zavitsanos & Mensing, PLLC
> 1221 McKinney, Suite 2500
> Houston, TX 77010
> 713-655-1101
> shealey@azalaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Ben & Jerry's Homemade, Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: November 14, 2024

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District/Magistrate Judge