# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Angela Marie  Peterson**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of October, 2023.

I further certify that the records of this office show that, as of this date

**Angela Marie  Peterson**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature

and the seal of the Supreme Court of

Texas at the City of Austin, this, the

15th day of November, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 6464C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.