**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| BEN & JERRY'S HOMEMADE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-08641 |
| | ) | |
| UNILEVER PLC AND CONOPCO, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AFFIDAVIT OF ANGELA PETERSON**

COUNTY OF HARRIS          §
                                      §
STATE OF TEXAS            §

BEFORE ME, the undersigned authority, personally appeared Angela Peterson, who, being by me duly sworn, deposed and said:

1. My name is Angela Peterson. I am over 18 years of age, of sound mind, capable of making this Affidavit. I have personal knowledge of the facts herein stated, and they are true and correct.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

Angela Peterson

SUBSCRIBED AND SWORN TO BEFORE ME on the 14th day of November, 2024, to certify which witness my hand and official seal.

2

Notary Public in and for
The State of Texas

3