UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNILEVER PLC AND CONOPCO, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    Case No. 1:24-cv-08641 <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF EDWARD GOOLSBY

COUNTY OF HARRIS     §
                                   §
STATE OF TEXAS       §

BEFORE ME, the undersigned authority, personally appeared Edward Goolsby, who, being by me duly sworn, deposed and said:

1. My name is Edward Goolsby. I am over 18 years of age, of sound mind, capable of making this Affidavit. I have personal knowledge of the facts herein stated, and they are true and correct.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

                                                                 _____
                                                                  Edward Goolsby

SUBSCRIBED AND SWORN TO BEFORE ME on the 14th day of November, 2024, to certify which witness my hand and official seal.

                                                                 Notary Public in and for
                                                                 The State of Texas

VALERIE NOEL KOINIS
Notary Public, State of Texas
Comm. Expires 06-08-2028
Notary ID 130693301

2