UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER PLC AND CONOPCO, INC.<br><br>Defendants. | Case No. 1:24-cv-08641 |

### AFFIDAVIT OF WEINING BAI

COUNTY OF HARRIS   §
                   §
STATE OF TEXAS     §

BEFORE ME, the undersigned authority, personally appeared Weining Bai, who, being by me duly sworn, deposed and said:

1. My name is Weining Bai. I am over 18 years of age, of sound mind, capable of making this Affidavit. I have personal knowledge of the facts herein stated, and they are true and correct.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

_____
Weining Bai

SUBSCRIBED AND SWORN TO BEFORE ME on the 18th day of November, 2024, to certify which witness my hand and official seal.

[Notary Seal: TAMMI BYRD, Notary Public, State of Texas, Comm. Expires 03-05-2027, Notary ID 125942150]

_____
Notary Public in and for
The State of Texas

1