AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., <br><br> *Plaintiff(s)* <br> v. <br> UNILEVER PLC AND CONOPCO, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-08641 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Conopco Inc: 700 Sylvan Ave, Englewood Cliffs, NJ 07632 (Bergen County)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Shahmeer Halepota
Ahmad, Zavitsanos & Mensing PLLC
1221 McKinney, Suite 2500
Houston, TX 77010,
(713) 655-1101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/20/2024        s/ G. Pisarczyk
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
Southern District of New York

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC. **PLAINTIFF** <br><br> VS. <br><br> UNILEVER PLC AND CONOPCO, INC. **DEFENDANT** | § § § § § § § § § § § <br><br> CAUSE NO. 1:24-CV-08641 |

## SUMMONS IN A CIVIL ACTION
## RETURN OF SERVICE

On Thursday, November 21, 2024 at 12:44 PM, this SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBIT 1, EXHIBIT 2, EXHIBIT 3, EXHIBIT 4, EXHIBIT 5, EXHIBIT 6 for CONOPCO, INC. was received by me.

On Monday, November 25, 2024 at 2:33 PM, I delivered the above-mentioned documents to Omar Pagan, security who represented that they were authorized to accept service on behalf of CONOPCO, INC. at 700 SYLVAN AVE, ENGLEWOOD CLIFFS, NJ 07632.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Monday, November 25, 2024

*Sheril Perry*

Sheril Perry
Process Server
PO BOX 70
TENAFLY, NJ 07670

BNJ006
DocID: P329254_1