UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

BEN & JERRY'S HOMEMADE, INC.

Plaintiff(s)

- v -

UNILEVER PLC AND CONOPCO, INC.

Defendant(s)

_____

**RULE 7.1 STATEMENT**

Case No. 1:24-CV-08641-PKC

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Ben & Jerry's Homemade, Inc.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

Conopco, Inc. (parent corporation of Plaintiff)
Unilever PLC (parent corporation of Conopco, Inc.; publicly traded)

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Ben & Jerry's Homemade, Inc. is a citizen of the State of Vermont, where it is incorporated and has its principal place of business.

12/9/24

Date

/s/Shahmeer Halepota

Signature of Attorney

5332468

Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022