**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., )<br>)<br>   *Plaintiff*, )<br>)<br>v. )<br>)<br>UNILEVER PLC and CONOPCO, INC., )<br>)<br>   *Defendants*. )<br>) | Case No.: 24-cv-8641 (PKC) |

## NOTICE OF APPEARANCE OF DAVID J. LENDER

**PLEASE TAKE NOTICE** that David J. Lender of the law firm of Weil, Gotshal & Manges, LLP, an attorney duly admitted to practice before this Court, hereby enters his appearance in the above-captioned action as counsel for Defendants Unilever PLC and Conopco, Inc. The Clerk of this Court is respectfully requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other Court documents in this proceeding to the undersigned counsel.

2

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: New York, New York<br>December 13, 2024 | WEIL, GOTSHAL & MANGES LLP<br><br>*/s/ David J. Lender*<br>David J. Lender<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>david.lender@weil.com<br><br>*Attorney for Defendants Unilever PLC and Conopco, Inc.* |