IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ben & Jerry's Homemade, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Unilever PLC and Conopco, Inc., <br><br> Defendants. | 24 Civ. 8641 (PKC) <br><br> **Rule 7.1 Statement** |

### UNILEVER PLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Unilever PLC, a non-governmental public party, certifies the following:

1. There is no publicly held corporation that owns 10% or more of Unilever PLC's stock and Unilever PLC has no parent corporation. Unilever is the indirect parent of Conopco, Inc., a New York corporation, and Unilever United States, Inc., a Delaware corporation.

2. Unilever PLC is a United Kingdom public limited corporation with its principal place of business in London, England.

Dated: December 13, 2024
New York, NY

By:  /s/ David J. Lender
David J. Lender
Luna N. Barrington
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
david.lender@weil.com
luna.barrington@weil.com

*Attorneys for Defendant Unilever PLC*