IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ben & Jerry's Homemade, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Unilever PLC and Conopco, Inc.,<br><br>Defendants. | 24 Civ. 8641 (PKC)<br><br>**Rule 7.1 Statement** |

**CONOPCO, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Conopco, Inc., a non-governmental corporate party, certifies the following:

1. Conopco, Inc. is a subsidiary of Unilever United States, Inc., a Delaware corporation. Conopco, Inc. and Unilever United States, Inc. are indirect subsidiaries of Unilever PLC, a publicly traded company (NYSE: UL; Registered in London Company Number: 41424). There is no publicly held corporation that owns 10% or more of Unilever PLC's stock.

2. Conopco, Inc. is a New York corporation with its principal place of business at 700 Sylvan Avenue, Englewood Cliffs, New Jersey 07632.

Dated: December 13, 2024
New York, NY

                                      By:  */s/ David J. Lender*
                                              David J. Lender
                                              Luna N. Barrington
                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York 10153
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007
                                              david.lender@weil.com
                                              luna.barrington@weil.com

                                              *Attorneys for Defendant Conopco, Inc.*