UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC. and CLASS I DIRECTORS OF BEN & JERRY'S INDEPENDENT BOARD,<br><br> *Plaintiffs*,<br><br>v.<br><br>UNILEVER PLC and CONOPCO, INC.,<br><br> *Defendants*. | Case No.: 24-cv-8641 (PKC) |

## NOTICE OF APPEARANCE OF ALEXANDRA ROSE

**PLEASE TAKE NOTICE** that Alexandra Rose of the law firm of Weil, Gotshal & Manges LLP, an attorney duly admitted to practice before this Court, hereby enters her appearance in the above-captioned action as counsel for Defendants Unilever PLC and Conopco, Inc. The Clerk of this Court is respectfully requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other Court documents in this proceeding to the undersigned counsel.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: New York, New York<br>February 7, 2025 | WEIL, GOTSHAL & MANGES LLP<br><br>*/s/ Alexandra Rose*<br>Alexandra Rose<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>alexandra.rose@weil.com<br><br>*Attorney for Defendants Unilever PLC and Conopco, Inc.* |