## 18UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., CLASS I DIRECTORS OF BEN & JERRY'S INDEPENDENT BOARD<br><br>Plaintiffs,<br>v.<br><br>UNILEVER PLC AND CONOPCO, INC.<br><br>Defendants. | Case No. 1:24-cv-08641-PKC<br><br>JURY TRIAL DEMANDED |

### NOTICE OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that, on March 18, 2025, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Leave to File Second Amended Complaint, the exhibits thereto, and the proceedings to date herein, Plaintiffs Ben & Jerry's Homemade, Inc. and the Class I Directors of the Ben & Jerry's Independent Board (together, "Plaintiffs" or "Ben & Jerry's"), by and through its undersigned attorneys, move this Court for leave to file a Second Amended Complaint pursuant to Rules 15(a) and 15(d). FED. R. CIV. P. 15(a); FED. R .CIV. P. 15(d).

This motion should be granted for the reasons set forth in the accompanying Memorandum of Law, any supporting, opposing, or reply papers which may be filed, and such other arguments and evidence that may be brought before the Court

Dated: March 18, 2025                    Respectfully submitted,

**AHMAD, ZAVITSANOS & MENSING PLLC**

By: /s/*Shahmeer Halepota*
Shahmeer Halepota
Daryl Moore
Edward Goolsby (admitted *pro hac vice*)
Weining Bai (admitted *pro hac vice*)
Angela M. Peterson (admitted *pro hac vice*)
Sean Healey (admitted *pro hac vice*)
1221 McKinney, Suite 2500
Houston, Texas 77010
Phone: (713) 655-1101
Fax: (713) 655-0062

*Attorneys for Plaintiffs Ben & Jerry's Homemade, Inc. and the Class I Directors of the Ben & Jerry's Board*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on March 18, 2025. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

/s/*Shahmeer Halepota*
Shahmeer Halepota