IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., CLASS I DIRECTORS OF BEN & JERRY'S INDEPENDENT BOARD,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNILEVER PLC AND CONOPCO, INC.,<br><br>*Defendants*. | Case No. 1:24-cv-08641-PKC |

**DEFENDANTS UNILVER PLC'S AND CONOPCO, INC.'S NOTICE
OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants Unilever PLC's and Conopco, Inc.'s (**"Defendants"**) Motion to Dismiss, Defendants hereby move this Court for an Order (a) dismissing the First Amended Complaint (ECF No. 32) (**"FAC"**) in its entirely as brought in the name of Ben & Jerry's Homemade, Inc.; (b) dismissing Count I, or, in the alternative, Count II, of Plaintiffs' FAC, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6); and (c) dismissing Count III, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1), and for such other and further relief as the Court deems just and appropriate.

Dated: March 19, 2025
New York, NY

Respectfully submitted,

 /s/ David J. Lender
David J. Lender
Luna N. Barrington
Alexandra Rose
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
David.Lender@weil.com
Luna.Barrington@weil.com
Alexandra.Rose@weil.com

*Attorneys for Defendants Unilever PLC and Conopco, Inc.*