# EXHIBIT C

**From:** Graning, Michael
**Sent:** Thursday, January 2, 2025 12:03 PM
**To:** 'Anuradha Mittal'
**Cc:** Stever, Dave
**Subject:** Palestinian Almonds payment update

Anuradha,
Happy New Year.
Now that Q4 has ended, I wanted to communicate our final almond payment for 2024.

As I referenced in the Interim Board Call on December 18, we sent a payment of $427.5k to Fairtrade Canaan. On December 30th, Nasser sent an email to Cheryl confirming he received the funds.

Together with the two payments below, this totals $2 million for 2024.

Please let me know if you have any questions.

See you next week in Atlanta,
Mike

2024 Payments summary
- $0.3045 million to Canaan through Ready Roast for 1 container of almonds. Canaan Fairtrade received in Early February.
- $1.268 million paid directly to Canaan on June 24th, and Nasser confirmed receipt on June 25th. This is for the remaining almonds Nasser expected us to buy in 2024.

---

**From:** Graning, Michael
**Sent:** Tuesday, October 1, 2024 2:49 PM
**To:** Anuradha Mittal
**Cc:** Stever, Dave
**Subject:** Palestinian Almonds payment update

Hi Anuradha,
Somehow, it's already October, and therefore we're into Q4.

I wanted to notify you regarding almond payments.
No payments were made in Q3.
Amount still to be paid in Q4: $427.5k

The history of what we've paid so far is included below.

See you in a few weeks at the board meeting,
Mike

**From:** Graning, Michael
**Date:** Tuesday, June 25, 2024 at 9:52 AM
**To:** Anuradha Mittal
**Cc:** Stever, Dave
**Subject:** Palestinian Almonds payment update

Anuradha,
According to the Settlement Agreement Amendment (copied below for reference), I wanted to update you on the YTD payments for Palestinian Almonds.

2024 Payments summary
- $0.3045 million to Canaan through Ready Roast for 1 container of almonds.  Canaan Fairtrade received in Early February.
- $1.268 million paid directly to Canaan yesterday, and Nasser confirmed receipt today.  This is for the remaining almonds Nasser expected us to buy in 2024, and will be processed and donated to famine relief.
- $0.4275 million remaining to be paid in 2024.  We're working on the plans for this payment.

Let's discuss if you have any questions.

-Mike

Michael Graning (he/him/his)
Finance Director, Ben & Jerry's
530 Community Drive, Suite 1
South Burlington, VT  05403


1. The Class I Directors approve Unilever's adoption of Non-Dairy Mix 2.0. In exchange, commencing in 2024, Ben & Jerry's/Unilever will make payments totaling $2 million USD annually to Canaan Fair Trade ("Canaan"), directly or through a third party, for the use of Palestinian almonds (or for the direct benefit of Palestinian almond farmers), for at least ten years and execute the sourcing plan as reflected in Exhibit A (save for any language which decreases the total amount disbursed to Canaan). Payments to Canaan will be verified by auditors selected by the Independent Board and reported on an annual basis in SEAR. Confirmation of payments made hereunder will be sent to the Chair of the Independent Board quarterly. Any changes to the sourcing plan will require the Independent Board's approval.