

Menu

Home ▶ Press releases

# Unilever statement on Ben & Jerry's decision

Published: **18/07/2021**

Average read time: **1 minute**



The Israeli-Palestinian conflict is a very complex and sensitive situation. As a global company, Unilever's brands are available in more than 190 countries and in all of them, our priority is to serve consumers with essential products that contribute to their health, wellbeing and enjoyment.

We remain fully committed to our presence in Israel, where we have invested in our people, brands and business for several decades.

**Cookie Settings**

Exhibit No.

1

Ben & Jerry's was acquired by Unilever in 2000. As part of the acquisition agreement, we have always recognised the right of the brand and its independent Board to take decisions about its social mission. We also welcome the fact that Ben & Jerry's will stay in Israel.

**Please read Ben & Jerry's statement here**.

# Media Contacts

- **press-office.london@unilever.com**

# Safe Harbour

Where relevant, these actions are subject to the appropriate consultations and approvals.

This announcement may contain forward looking statements, including 'forward looking statements' within the meaning of the United States Private Securities Litigation Reform Act of 1995. Words such as 'will', 'aim', 'expects', 'anticipates', 'intends', 'looks', 'believes', 'vision', or the negative of these terms and other similar expressions of future performance or results, and their negatives, are intended to identify such forward looking statements. These forward looking statements are based upon current expectations and assumptions regarding anticipated developments and other factors affecting the Unilever Group (the 'Group'). They are not historical facts, nor are they guarantees of future performance.

Because these forward-looking statements involve risks and uncertainties, there are important factors that could cause actual results to differ materially from those expressed or implied by these forward-looking statements. Among other risks and uncertainties, the material or principal factors which could cause actual results to differ materially are: Unilever's global brands not meeting consumer preferences; Unilever's ability to innovate and remain competitive; Unilever's investment choices in its portfolio management; the effect of climate change on Unilever's business; Unilever's ability to find sustainable solutions to its plastic packaging; significant changes or deterioration in customer relationships; the recruitment and retention of talented employees; disruptions in our supply chain and distribution; increases or volatility in the cost of raw materials and commodities; the production of safe and high quality products; secure and reliable IT infrastructure; execution of acquisitions, divestitures and business transformation projects; economic, social and political risks and natural disasters; financial risks; failure to meet high and ethical standards; and managing regulatory, tax and legal matters. A number of these risks have increased as a result of the current Covid-19 pandemic.

Cookie Settings

These forward-looking statements speak only as of the date of this document. Except as required by any applicable law or regulation, the Group expressly disclaims any obligation or undertaking to release publicly any updates or revisions to any forward-looking statements contained herein to reflect any change in the Group's expectations with regard thereto or any change in events, conditions or circumstances on which any such statement is based.

Further details of potential risks and uncertainties affecting the Group are described in the Group's filings with the London Stock Exchange, Euronext Amsterdam and the US Securities and Exchange Commission, including in the Unilever Annual Report and Accounts 2020.

**Business & Finance**

## Share this page

# Connect with us

We're always looking to connect with those who share an interest in a sustainable future.

# Contact us

Get in touch with Unilever PLC and specialist teams in our headquarters, or find contacts around the world.

**Contact us**          ▶

This is Unilever's global company website

© Unilever 2022

Cookie Settings

What's i

Contact

Legal notice

UK Modern Slavery Act Transparency Statement

Accessibility

Vulnerability Disclosure Policy

Cookie Notice

Privacy Notice

Sitemap

Search Jobs

Cookie Settings