# CONFIDENTIAL SETTLEMENT AND RELEASE AGREEMENT AMENDMENT

This CONFIDENTIAL SETTLEMENT AND RELEASE AGREEMENT AMENDMENT (the "Amendment"), effective August 30, 2023 (the "Effective Date"), is entered into by Conopco, Inc. ("Conopco"), Unilever IP Holdings B.V., and Unilever PLC (collectively "Unilever"), on the one hand, and Ben & Jerry's Homemade Inc. and the Class I Directors of the Ben & Jerry's Board of Directors ("Ben & Jerry's"), on the other hand, each hereinafter sometimes referred to as a "Party" and collectively as the "Parties".

**WHEREAS**, on December 13, 2022, the Parties entered into a Confidential Settlement and Release Agreement (the "Settlement Agreement");

[redacted]

**NOW, THEREFORE**, with no Party admitting any liability or fault in relation thereto, and in consideration of the covenants, promises, agreements and other good and valuable consideration set forth herein, the receipt and sufficiency of which are hereby acknowledged by each Party, the Parties hereby agree to amend the Settlement Agreement as follows:

1. [redacted] commencing in 2024, Ben & Jerry's/Unilever will make payments totaling $2 million USD annually to Canaan Fair Trade ("Canaan"), directly or through a third party, for the use of Palestinian almonds (or for the direct benefit of Palestinian almond farmers), for at least ten years and execute the sourcing plan as reflected in Exhibit A (save for any language which decreases the total amount disbursed to Canaan). Payments to Canaan will be verified by auditors selected by the Independent Board and reported on an annual basis in SEAR. Confirmation of payments made hereunder will be sent to the Chair of the Independent Board quarterly. Any changes to the sourcing plan will require the Independent Board's approval.

2. All remaining portions of the Settlement Agreement remain binding, unchanged, and in effect.

**IN WITNESS WHEREOF**, the Parties have each signed this Amendment as of the Effective Date.

Exhibit No. 6

| | | | | |
|---|---|---|---|---|
| For: | Conopco, Inc. | | For: | Ben & Jerry's Homemade, Inc. |
| By: | Matt Close | | By: | Dave Stever |
| | Matt Close | | | Dave Stever |
| Date: | 11th Sept 2023 | | Date: | September 6, 2023 |

| | | | | |
|---|---|---|---|---|
| For: | Unilever IP Holdings B.V. | | For: | Class I Directors |
| By: | Matt Close | | By: | Anuradha Mittal |
| | Matt Close | | | Anuradha Mittal |
| Date: | 11th Sept 2023 | | Date: | September 6, 2023 |

For: Unilever PLC
By: Matt Close
    Matt Close
Date: 11th Sept 2023

Signature: /s/ Matt Close
Email: matt.close@unilever.com

Signature: Dave Stever
Email: dave.stever@benjerry.com

Signature: Anuradha Mittal
Email: amittal@oaklandinstitute.org

# Settlement Agreement Amendment

Final Audit Report  2023-09-11

| | |
|---|---|
| Created: | 2023-09-06 |
| By: | Melissa Bland (melissa.bland@benjerry.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAJbVOJEPhI9BtT5g3E3JfYfIaU8tbbqEY |

## "Settlement Agreement Amendment" History

📄 Document created by Melissa Bland (melissa.bland@benjerry.com)
2023-09-06 - 5:06:12 PM GMT- IP address: 165.225.220.112

📧 Document emailed to Matt Close (matt.close@unilever.com) for signature
2023-09-06 - 5:09:24 PM GMT

📧 Document emailed to Dave Stever (dave.stever@benjerry.com) for signature
2023-09-06 - 5:09:24 PM GMT

📧 Document emailed to Anuradha Mitta (amittal@oaklandinstitute.org) for signature
2023-09-06 - 5:09:24 PM GMT

📄 Email viewed by Anuradha Mitta (amittal@oaklandinstitute.org)
2023-09-06 - 6:02:38 PM GMT- IP address: 73.71.78.224

✍️ Signer Anuradha Mitta (amittal@oaklandinstitute.org) entered name at signing as Anuradha Mittal
2023-09-06 - 6:04:10 PM GMT- IP address: 73.71.78.224

✍️ Document e-signed by Anuradha Mittal (amittal@oaklandinstitute.org)
Signature Date: 2023-09-06 - 6:04:12 PM GMT - Time Source: server- IP address: 73.71.78.224

📄 Email viewed by Dave Stever (dave.stever@benjerry.com)
2023-09-06 - 8:49:53 PM GMT- IP address: 104.47.0.254

✍️ Document e-signed by Dave Stever (dave.stever@benjerry.com)
Signature Date: 2023-09-06 - 8:52:17 PM GMT - Time Source: server- IP address: 173.205.100.8

📄 Email viewed by Matt Close (matt.close@unilever.com)
2023-09-11 - 1:20:49 PM GMT- IP address: 147.161.173.78

✍️ Document e-signed by Matt Close (matt.close@unilever.com)
Signature Date: 2023-09-11 - 1:22:09 PM GMT - Time Source: server- IP address: 147.161.173.78



Powered by
Adobe
Acrobat Sign


Agreement completed.
2023-09-11 - 1:22:09 PM GMT


Powered by
Adobe
Acrobat Sign