UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNILEVER PLC AND CONOPCO, INC.<br><br>　　　　　Defendants. | Case No. 1:24-cv-08641 |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Kelsi S. White hereby moves this Court for an Order to appear Pro Hac Vice as counsel for Plaintiff Ben & Jerry's Homemade, Inc. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Texas and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

1

Dated: April 4, 2025

Respectfully submitted,

**AHMAD, ZAVITSANOS & MENSING PLLC**

By*: /s/ Kelsi S. White*
Kelsi S. White
1221 McKinney, Suite 2500
Houston, Texas 77010
Phone:(713) 655-1101
Fax:(713) 655-0062
kwhite@azalaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEN & JERRY'S HOMEMADE, INC., )
)
        Plaintiff, )
)
v. )    Case No. 1:24-cv-08641
)
UNILEVER PLC AND CONOPCO, INC. )
)
        Defendants. )
)

## AFFIDAVIT OF KELSI S. WHITE

COUNTY OF HARRIS    §
§
STATE OF TEXAS    §

BEFORE ME, the undersigned authority, personally appeared Kelsi S. White, who, being by me duly sworn, deposed and said:

1. My name is Kelsi S. White. I am over 18 years of age, of sound mind, capable of making this Affidavit. I have personal knowledge of the facts herein stated, and they are true and correct.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

_____
Kelsi S. White

SUBSCRIBED AND SWORN TO BEFORE ME on the 25th day of March, 2025, to certify which witness my hand and official seal.

_____
Notary Public in and for
The State of Texas

VALERIE NOEL KOINIS
Notary Public, State of Texas
Comm. Expires 06-08-2028
Notary ID 130693301

3

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Kelsi Stayart White**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 2015.

I further certify that the records of this office show that, as of this date

**Kelsi Stayart White**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 24th day of March, 2025.

BLAKE HAWTHORNE, Clerk



Clerk, Supreme Court of Texas

No. 7396C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., )<br>CLASS I DIRECTORS OF BEN & JERRY'S )<br>INDEPENDENT BOARD )<br>Plaintiffs, )<br>v. )<br>UNILEVER PLC AND CONOPCO, INC. )<br>Defendants. )<br>)<br>) | Case No. 1:24-cv-08641-PKC<br><br>JURY TRIAL DEMANDED |

## **ORDER FOR ADMISSION PRO HAC VICE**

The motion of Kelsi S. White for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Texas; and that his contact information is as follows:

Kelsi S. White
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney, Suite 2500
Houston, TX 77010
713-655-1101
kwhite@azalaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Ben & Jerry's Homemade, Inc. in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                                United States District/Magistrate Judge

4