UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., CLASS I DIRECTORS OF BEN & JERRY'S INDEPENDENT BOARD<br><br>Plaintiffs,<br>v.<br><br>UNILEVER PLC AND CONOPCO, INC.<br><br>Defendants. | Case No. 1:24-cv-08641-PKC<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sean Healey of the law firm Ahmad, Zavitsanos & Mensing, PLLC, hereby enters his appearance as counsel for Plaintiffs Ben & Jerry's Homemade, Inc. and the Class I Directors of the Ben & Jerry's Independent Board (together, "Plaintiffs" or "Ben & Jerry's"), in the above-captioned action.

Mr. Healey was admitted *pro hac vice* to practice before the United States District Court for the Southern District of New York on November 17, 2024.

Please add Mr. Healey to the service list for all papers and communications pertaining to this matter at the following addresses:

Sean Healey
State Bar No. 24142997
**Ahmad Zavitsanos & Mensing, PLLC**
1221 McKinney, Suite 2500
Houston, TX 77010
T: 713.655.1101
F: 713.655.0062
shealey@azalaw.com

Dated: April 11, 2025

Respectfully submitted,

**AHMAD, ZAVITSANOS & MENSING PLLC**

By: /s/ *Sean Healey*
Shahmeer Halepota
Joseph Y. Ahmad
John Zavitsanos (admitted *pro hac vice*)
Daryl L. Moore (admitted *pro hac vice*)
Weining Bai (admitted *pro hac vice*)
Edward Goolsby (admitted *pro hac vice*)
Kelsi S. White (admitted *pro hac vice*)
Angela M. Peterson (admitted *pro hac vice*)
Thomas Frashier (admitted *pro hac vice*)
Sean Healey (admitted *pro hac vice*)
1221 McKinney, Suite 2500
Houston, Texas 77010
Phone: (713) 655-1101
Fax: (713) 655-0062

*Attorneys for Plaintiffs Ben & Jerry's Homemade, Inc. and the Class I Directors of the Ben & Jerry's Board*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on April 11, 2025. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

/s/*Sean Healey*
Sean Healey