IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., CLASS I DIRECTORS OF BEN & JERRY'S INDEPENDENT BOARD,<br><br>     *Plaintiffs*,<br><br>v.<br><br>UNILEVER PLC AND CONOPCO, INC.,<br><br>     *Defendants*. | Case No. 1:24-cv-08641-PKC |

**DEFENDANTS UNILEVER PLC'S AND CONOPCO, INC.'S NOTICE
OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants Unilever PLC's and Conopco, Inc.'s (**"Defendants"**) Motion to Dismiss Plaintiffs' Second Amended Complaint, Defendants hereby move this Court for an Order (a) dismissing the Second Amended Complaint (**"SAC"**) in its entirety as brought in the name of Ben & Jerry's Homemade, Inc.; (b) dismissing the breach of contract claim (Count I) pursuant to Rule 12(b)(6), or, if Count I is not dismissed, dismissing the declaratory judgment claim (Count II) as duplicative of the breach of contract claim; (c) dismissing the declaratory judgment (Count II) as it relates to censorship of past posts because such a claim serves no useful purpose; (d) dismissing the second declaratory judgment claim regarding payments to Canaan Fair Trade (Count III) pursuant to Rule 12(b)(1); and (e) dismissing the third declaratory judgment claim regarding the Spin-Off and CEO removal (Count IV) pursuant to Rule 12(b)(1) or Rule 12(b)(6), and for such other and further relief as the Court deems just and appropriate.

Dated: April 25, 2025
      New York, NY

                                      Respectfully submitted,

                                      */s/ David J. Lender*
                                      David J. Lender
                                      Luna N. Barrington
                                      Alexandra Rose
                                      **WEIL, GOTSHAL & MANGES LLP**
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007
                                      David.Lender@weil.com
                                      Luna.Barrington@weil.com
                                      Alexandra.Rose@weil.com

                                      *Attorneys for Defendants Unilever PLC*
                                      *and Conopco, Inc.*