UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., CLASS I DIRECTORS OF BEN & JERRY'S INDEPENDENT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER PLC and CONOPCO, INC.,<br><br>Defendants. | Case No. 1:24-cv-08641-PKC |

**DECLARATION OF DAVID J. LENDER IN SUPPORT OF DEFENDANTS UNILEVER PLC'S AND CONOPCO, INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

I, David J. Lender, declare under penalty of perjury as follows:

1. I am an attorney admitted to practice before the Courts of the State of New York and the U.S. District Court for the Southern District of New York, and a partner at the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendants Unilever PLC and Conopco, Inc. ("Defendants").

2. I am familiar with the facts, circumstances, and proceedings in this case and submit this Declaration in Support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.

3. Attached hereto as Exhibit A is a true and correct copy of Madeline Speed, *Ben & Jerry's says chief ousted by Unilever over political activism*, Financial Times (Mar. 18, 2025).

4. Attached hereto as Exhibit B is a true and correct copy of the Shareholders Agreement between Conopco, Inc. and Ben & Jerry's Homemade, Inc., dated August 3, 2000.

5.  Attached hereto as Exhibit C is a true and correct copy of email correspondence between Ben & Jerry's Board Chair, Anuradha Mittal; Ben & Jerry's Finance Director, Michael Graining; and Ben & Jerry's Former CEO, Dave Stever dated June 25, 2024, October 1, 2024, and January 2, 2025 regarding confirmation of payment to Canaan Fair Trade.

6.  Attached hereto as Exhibit D is a true and correct copy of the Arbitration Award dated March 27, 2024 in the matter of *Class I Directors of Ben & Jerry's Board of Directors* v. *Unilever PLC, Conopco, Inc., and Ben & Jerry's Homemade, Inc.*

7.  Attached hereto as Exhibit E is a true and correct copy of Madeleine Speed, *Ben & Jerry's calls for permanent ceasefire in Gaza*, Financial Times (Jan. 16, 2024).

8.  Attached hereto as Exhibit F is a true and correct copy of an email from Ben & Jerry's Former CEO, Dave Stever to Ben & Jerry's employees dated March 31, 2025 regarding his resignation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed this 25th day of April 2025 in New York, New York.

/s/ David J. Lender
David J. Lender