# EXHIBIT A

Ben & Jerry's Homemade Inc

# Ben & Jerry's says chief ousted by Unilever over political activism

Ice-cream brand alleges parent is 'dismantling' merger agreement that protected its 'progressive values'



Unilever is in the process of separating its Ben & Jerry's ice-cream business, with a view to listing it in the Netherlands © Emmanuel Dunand/AFP/Getty Images

**Madeleine Speed** in London

Published MAR 18 2025

Ben & Jerry's claims its parent company Unilever has fired its chief executive after less than two years in the role as a row between the two sides over the ice-cream brand's political activism escalates.

In a legal complaint filed in the US District Court for the Southern District of New York on Tuesday night, Ben & Jerry's alleged that Unilever dismissed chief executive David Stever after he failed to comply with the parent company's efforts to prevent it from speaking out on political issues.

"Unilever has repeatedly threatened Ben & Jerry's personnel, including CEO David Stever, should they fail to comply with Unilever's efforts to silence the Social Mission," the filing read.

"On March 3 2025, Unilever informed the Independent board that they were removing and replacing Mr Stever as Ben & Jerry's CEO."

Unilever did not immediately respond to a request for comment.

The filing is the latest flare-up between the brand and its parent company over how Ben & Jerry's communicates its "social mission", including its call for a ceasefire in Gaza and support for Palestinian refugees.

Last November, Ben & Jerry's filed a complaint alleging Unilever had attempted to block its call for a ceasefire in Gaza and prevent it from voicing support for Palestinian refugees. Unilever rejected the claims.

The two sides have a history of disagreement over Israel and Palestine. In 2022, Ben & Jerry's sued Unilever after the parent company blocked its attempts to stop selling ice cream in the occupied territories by disposing of the brand's Israeli arm to a local licensee.

The producer of ice-cream flavours such as Phish Food and Chunky Monkey was acquired by Unilever in 2000. A merger agreement was struck between the two, establishing an independent board to protect Ben & Jerry's values and brand integrity.

The board alleges Unilever is attempting to "dismantle" it and sue individual members, violating the merger agreement's terms.

"Dave has courageously advanced the company's social mission and values," said Anuradha Mittal, chair of the independent board.

"What Dave hasn't done is what Unilever would like him to do, which is to oversee the dismantling of Ben & Jerry's mission, progressive values and the 2000 merger agreement that has protected Ben & Jerry's position as a wholly owned autonomous subsidiary," she added.

Unilever, which makes everyday goods from shampoo and laundry detergent to make-up, is in the process of separating its €8bn revenue ice-cream business, with a view to listing it in the Netherlands.

Stever was promoted to chief executive in May 2023 and was previously Ben & Jerry's chief marketing officer. He first joined the company as a factory tour guide in 1988.

Copyright The Financial Times Limited 2025. All rights reserved.

## Follow the topics in this article

US companies

Personal & Household Goods

Food & Beverage

Ben & Jerry's Homemade Inc

Unilever PLC