# EXHIBIT F

**From:** Bland, Melissa
**Date:** Monday, March 31, 2025 at 9:04 AM
**To:** _ML_NA_B&J-South-Burlington,
   _ML_NA_B&J-global,
   _ML_NA_B&J-St-Albans,
   _ML_NA_B&J-Waterbury
**Subject:** A Note From Dave - Last Day March 31

Dear Team,

I want to thank everyone for their support not just over the past few weeks but for those of you that have been on this amazing Ben & Jerry's journey with me. From tour guide to CEO. What a long strange (wonderful) trip it has been. The recent media coverage has been beyond my imagination. This shows that we have built a business that people truly care about.

With the upcoming demerger of the Magnum Ice Cream Company from Unilever, I have been offered another role in the organization. I have chosen not to accept the position. With this decision, I will be putting down my scoop and moving on to new adventures. My last day with Ben & Jerry's will be March 31st.

 I am proud of the work we have done. Ben & Jerry's shows up when our fans and our community needs us. This company makes a difference in people's lives. I cannot wait to watch as you continue this important work. I am grateful to have had the opportunity and privilege to work with an exceptionally talented, caring, and committed group. A team that puts our fans first and is driven by the belief that Ben & Jerry's ice cream can change the world.

I will continue to be a fan and as the newest member of the ice cream for life club. I will be sure to be on high alert for the latest flavor creations and creative names that will make everyone smile.

Peace, Love, and Ice Cream.

Dave

AKA: the Biggest Fan of Ben & Jerry's (self-proclaimed)

```
IMPORTANT NOTICE:  This email and any attachments may contain
information that is confidential and privileged. It is intended
to be received only by persons entitled to receive the
information. If you are not the intended recipient, please
delete it from your system and notify the sender. You should
not copy it or use it for any purpose nor disclose or
distribute its contents to any other person.
```