## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., ) <br> CLASS I DIRECTORS OF BEN & JERRY'S ) <br> INDEPENDENT BOARD, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNILEVER PLC AND CONOPCO, INC. ) <br> ) <br> Defendants. | Case No. 1:24-cv-08641 |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Sara Fatima Dhanji hereby moves this Court for an Order to appear Pro Hac Vice as counsel for Plaintiffs Ben & Jerry's Homemade, Inc. and the Class I Directors of the Ben & Jerry's Independent Board in the above-captioned action.

I am a member in good standing of the bars of Texas and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 2, 2025

Respectfully submitted,

**AHMAD, ZAVITSANOS & MENSING PLLC**

By: */s/ Sara Fatima Dhanji*
Sara Fatima Dhanji
1221 McKinney, Suite 2500
Houston, Texas 77010
Phone:(713) 655-1101
Fax:(713) 655-0062
sdhanji@azalaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., )<br>CLASS I DIRECTORS OF BEN & JERRY'S )<br>INDEPENDENT BOARD, )<br> )<br>Plaintiff, )<br>v. )<br> )<br>UNILEVER PLC AND CONOPCO, INC. )<br> )<br>Defendants. | Case No. 1:24-cv-08641 |

### AFFIDAVIT OF SARA FATIMA DHANJI

COUNTY OF HARRIS §
§
STATE OF TEXAS §

BEFORE ME, the undersigned authority, personally appeared Sara Fatima Dhanji, who, being by me duly sworn, deposed and said:

1. My name is Sara Fatima Dhanji. I am over 18 years of age, of sound mind, capable of making this Affidavit. I have personal knowledge of the facts herein stated, and they are true and correct.

2. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. There are no disciplinary proceedings presently against me.

*/s/ Sara Fatima Dhanji*
Sara Fatima Dhanji

SUBSCRIBED AND SWORN TO BEFORE ME on the 2nd day of May, 2025, to certify which witness my hand and official seal.

*/s/ Tammi Byrd*
Notary Public in and for
The State of Texas

[Notary Seal: TAMMI BYRD, Notary Public, State of Texas, Comm. Expires 03-05-2027, Notary ID 125942150]

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Sara Fatima Dhanji**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2018.

I further certify that the records of this office show that, as of this date

**Sara Fatima Dhanji**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 2nd day of May, 2025.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas



No. 8854C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., ) <br> CLASS I DIRECTORS OF BEN & JERRY'S ) <br> INDEPENDENT BOARD ) <br>   ) <br> Plaintiffs, ) <br> v. ) <br>   ) <br> UNILEVER PLC AND CONOPCO, INC. ) <br>   ) <br> Defendants. | Case No. 1:24-cv-08641-PKC |

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Sara Fatima Dhanji for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of Texas and the District of Columbia; and that her contact information is as follows:

Sara Fatima Dhanji
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney, Suite 2500
Houston, TX 77010
713-655-1101
sdhanji@azalaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Ben & Jerry's Homemade, Inc. and the Class I Directors of the Ben & Jerry's Independent Board in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                   United States District/Magistrate Judge