**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| BEN & JERRY'S HOMEMADE, INC., | ) | |
| CLASS I DIRECTORS OF BEN & JERRY'S | ) | |
| INDEPENDENT BOARD | ) | Case No. 1:24-cv-08641-PKC |
| | ) | |
| Plaintiffs, | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| UNILEVER PLC AND CONOPCO, INC. | ) | |
| | ) | |
| Defendants. | | |

## NOTICE OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND TO INTERVENE

PLEASE TAKE NOTICE that, on January 11, 2026, upon the accompanying Memorandum of Law in Support of Plaintiffs Class I Directors and Ben & Jerry's Motion for Leave to File Third Amended Complaint and Proposed Plaintiff-Intervenor The Ben & Jerry's Foundation, Inc.'s Motion to Intervene, the exhibits thereto, and the proceedings to date herein, Plaintiffs Class I Directors and Ben & Jerry's, by and through their undersigned attorneys, move this Court for leave to file a Third Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure and Proposed Plaintiff-Intervenor The Ben & Jerry's Foundation, Inc., by and through its undersigned attorneys, moves this Court for leave to intervene pursuant to Rules 24(a)(2) and 24(b)(1)(B) of the Federal Rules of Civil Procedure.

These motions should be granted for the reasons set forth in the accompanying Memorandum of Law, any supporting, opposing, or reply papers which may be filed, and such other arguments and evidence that may be brought before the Court.

1

Dated: January 11, 2026

Respectfully submitted,

**AHMAD, ZAVITSANOS & MENSING PLLC**

/s/ *Shahmeer Halepota*
Shahmeer Halepota
Joseph Y. Ahmad
John Zavitsanos (admitted *pro hac vice*)
Daryl Moore (admitted *pro hac vice*)
Kelsi White (admitted *pro hac vice*)
Weining Bai (admitted *pro hac vice*)
Thomas Frashier (admitted *pro hac vice*)
Sean Healey (admitted *pro hac vice*)
Sara Fatima Dhanji (admitted *pro hac vice)*
1221 McKinney, Suite 2500
Houston, Texas 77010
Phone: (713) 655-1101

*Attorneys for Plaintiffs Ben & Jerry's Homemade, Inc. and the Class I Directors of the Ben & Jerry's Board*


**STRIS & MAHER LLP**

/s/ *Bridget Asay*
Bridget Asay
15 East State St., Suite 2
Montpelier, VT 05602
(802) 858-4285
basay@stris.com

*Counsel for Proposed Plaintiff-Intervenor The Ben & Jerry's Foundation, Inc.*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on January 11, 2026.  As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

/s/ *Shahmeer Halepota*
Shahmeer Halepota