**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., and CLASS I DIRECTORS OF BEN & JERRY'S INDEPENDENT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER PLC and CONOPCO, INC.,<br><br>Defendants. | Case No. 1:24-cv-08641-PKC |

**DECLARATION OF DAVID J. LENDER IN SUPPORT OF DEFENDANTS UNILEVER PLC'S AND CONOPCO, INC.'S AND PROPOSED DEFENDANTS THE MAGNUM ICE CREAM COMPANY N.V.'S, AND BEN & JERRY'S HOLDCO, LLC'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT AND PROPOSED PLAINTIFF THE BEN & JERRY'S FOUNDATION'S MOTION TO INTERVENE**

I, David J. Lender declare under penalty of perjury as follows:

1. I am an attorney admitted to practice before the Courts of the State of New York and the U.S. District Court for the Southern District of New York, and a partner at the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendants Unilever PLC and Conopco, Inc. and Proposed Defendants The Magnum Ice Cream Company N.V. and Ben & Jerry's HoldCo, LLC.

2. Attached hereto as Exhibit A is a true and correct copy of the Amended and Restated Articles of Incorporation of Ben & Jerry's Homemade, Inc., dated August 3, 2000.

3. Attached hereto as Exhibit B is a true and correct copy of the Bylaws of Ben & Jerry's Homemade, Inc., dated August 3, 2000.

4. Attached hereto as Exhibit C is a true and correct copy of the Amended and Restated Bylaws of Ben & Jerry's Homemade, Inc., dated November 18, 2022.

5. Attached hereto as Exhibit D is a true and correct copy of the Second Amended and Restated Bylaws of Ben & Jerry's Homemade, Inc., dated December 12, 2025.

6. Attached hereto as Exhibit E is a true and correct copy of the Shareholders Agreement between Conopco, Inc. and Ben & Jerry's Homemade, Inc., dated August 3, 2000.

7. Attached hereto as Exhibit F is a true and correct copy of a letter from Abhijt Bhattacharya to the Trustees of the Ben & Jerry's Foundation, Inc., dated December 13, 2025.

8. Attached hereto as Exhibit G is a true and correct copy of the Articles of Amendment of Ben & Jerry's Homemade, Inc., dated December 14, 2025.

9. Attached hereto as Exhibit H is a true and correct copy of a letter from Vanessa Vilar to Anuradha Mittal, dated December 15, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed this 20th day of January 2026 in New York, New York.

*/s/ David J. Lender*
David J. Lender