**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BEN & JERRY'S HOMEMADE, INC.,           )
CLASS I DIRECTORS OF BEN & JERRY'S      )
INDEPENDENT BOARD, and                   )
THE BEN & JERRY'S FOUNDATION, INC.  )     Case No. 1:24-cv-08641-PKC
                                                         )
        *Plaintiffs*,                                 )     JURY TRIAL DEMANDED
                                                         )
                                                         )
v.                                                     )
                                                         )
UNILEVER PLC,                                    )
CONOPCO, INC.,                                   )
BEN & JERRY'S HOLDCO, LLC, and     )
THE MAGNUM ICE CREAM COMPANY )
N.V.                                                   )
                                                         )
        *Defendants*.                              )

**NOTICE OF MOTION FOR**
**TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that, on April 10, 2026, upon the accompanying Memorandum of Law in Support of Ben & Jerry's Homemade, Inc. and Class I Directors Of Ben & Jerry's Independent Board's ("Plaintiffs") Motion for Temporary Restraining Order and Preliminary Injunction, the Declarations and exhibits thereto, and the proceedings to date herein, Plaintiffs,[1] by and through their undersigned attorneys, will move this Court for temporary restraining order and preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure.

These motions should be granted for the reasons set forth in the accompanying Memorandum of Law, any supporting, opposing, or reply papers which may be filed, and such other arguments and evidence that may be brought before the Court.

---

[1] For purposes of this motion, "Plaintiffs" refers to all plaintiffs except Plaintiff The Ben & Jerry's Foundation, Inc. The Ben & Jerry's Foundation is not a movant.

1

Dated: April 10, 2026                    Respectfully submitted,

                                         **AHMAD, ZAVITSANOS & MENSING PLLC**

                                         /s/ *Shahmeer Halepota*
                                         Shahmeer Halepota
                                         Joseph Y. Ahmad
                                         John Zavitsanos (admitted *pro hac vice*)
                                         Daryl Moore (admitted *pro hac vice*)
                                         Kelsi White (admitted *pro hac vice*)
                                         Weining Bai (admitted *pro hac vice*)
                                         Thomas Frashier (admitted *pro hac vice*)
                                         Sean Healey (admitted *pro hac vice*)
                                         Sara Fatima Dhanji (admitted *pro hac vice)*
                                         1221 McKinney, Suite 2500
                                         Houston, Texas 77010
                                         Phone: (713) 655-1101

                                         *Attorneys for Plaintiffs Ben & Jerry's Homemade, Inc. and the Class I Directors of Ben & Jerry's Independent Board*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on April 10, 2026.  As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

/s/ *Shahmeer Halepota*
Shahmeer Halepota