**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., CLASS I DIRECTORS OF BEN & JERRY'S INDEPENDENT BOARD, and THE BEN & JERRY'S FOUNDATION, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNILEVER PLC, CONOPCO, INC.,  BEN & JERRY'S HOLDCO, LLC, and  THE MAGNUM ICE CREAM COMPANY N.V.,<br><br>　　　　　Defendants. | Case No.: 1:24-cv-08641-PKC |

**AFFIDAVIT OF DAVID K. MEARS**
**SUPPORTING ADMISSION PRO HAC VICE**

I, David K. Mears, make this affidavit in support of a motion to appear pro hac vice pursuant to local rule 1.3:

1.  I have never been convicted of a felony.

2.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3.  I am not currently, nor have I ever been subject to disciplinary proceedings against me.

I certify that the information provided above is true, correct, and complete

Dated: May 19, 2026　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　David K. Mears
　　　　　　　　　　　　　　　　　　　Tarrant Gillies and Shems, LLP
　　　　　　　　　　　　　　　　　　　44 East State Street
　　　　　　　　　　　　　　　　　　　Montpelier, Vermont 05602
　　　　　　　　　　　　　　　　　　　Tel: (802) 223-1112 ext. 106
　　　　　　　　　　　　　　　　　　　david@tarrantgillies.com

　　　　　　　　　　　　　　　　　　　*Counsel for The Ben & Jerry's Foundation*