**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., CLASS I DIRECTORS OF BEN & JERRY'S INDEPENDENT BOARD, and THE BEN & JERRY'S FOUNDATION, INC, | Case No.: 1:24-cv-08641-PKC |

BEN & JERRY'S HOMEMADE, INC.,
CLASS I DIRECTORS OF BEN &
JERRY'S INDEPENDENT BOARD, and
THE BEN & JERRY'S FOUNDATION,
INC,

               Plaintiffs,

-against-

UNILEVER PLC, CONOPCO, INC., BEN &
JERRY'S HOLDCO, LLC, and THE
MAGNUM ICE CREAM COMPANY N.V. ,

               Defendants.

Case No.: 1:24-cv-08641-PKC

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

The motion of David K. Mears for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of Vermont, and that his contact information is as follows

    David K. Mears
    Tarrant, Gillies and Shems, LLP
    44 East State Street
    Montpelier, VT 05602
    (802) 223-1112 ext. 106
    david@tarrantgillies.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Plaintiff-Intervenor, Ben & Jerry's Foundation, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

1

above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated:    _____          _____

Hon. P. Kevin Castel
Judge, United States District Court

2

3