**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., CLASS I DIRECTORS OF BEN & JERRY'S INDEPENDENT BOARD, and THE BEN & JERRY'S FOUNDATION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER PLC, CONOPCO, INC., THE MAGNUM ICE CREAM COMPANY N.V., and BEN & JERRY'S HOLDCO, LLC<br><br>Defendants. | Case No. 1:24-cv-08641-PKC |

**DECLARATION OF DAVID J. LENDER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT AND DEFENDANTS' MOTION TO SUBSTITUTE THE MAGNUM ICE CREAM COMPANY N.V. AND BEN & JERRY'S HOLDCO, LLC FOR UNILEVER PLC AND CONOPCO, INC., OR, IN THE ALTERNATIVE, MOTION TO DISMISS UNILEVER PLC AND CONOPCO, INC.**

I, David J. Lender declare under penalty of perjury as follows:

1.      I am an attorney admitted to practice before the Courts of the State of New York and the U.S. District Court for the Southern District of New York, and a partner at the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendants Unilever PLC, Conopco, Inc., The Magnum Ice Cream Company N.V. and Ben & Jerry's HoldCo, LLC.

2.      Attached hereto as Exhibit A is a true and correct copy of the Merger Agreement between Conopco, Ben & Jerry's Homemade, Inc., and Vermont All Natural Expansion Company, dated July 5, 2000.

3.      Attached hereto as Exhibit B is a true and correct copy of the Amended and Restated Articles of Incorporation of Ben & Jerry's Homemade, Inc., dated August 3, 2000.

4.  Attached hereto as Exhibit C is a true and correct copy of the Shareholders Agreement between Conopco, Inc. and Ben & Jerry's Homemade, Inc., dated August 3, 2000.

5.  Attached hereto as Exhibit D is a true and correct copy of the Bylaws of Ben & Jerry's Homemade, Inc., dated August 3, 2000.

6.  Attached hereto as Exhibit E is a true and correct copy of the Amended and Restated Bylaws of Ben & Jerry's Homemade, Inc., dated November 18, 2022.

7.  Attached hereto as Exhibit F is a true and correct copy of the Confidential Settlement and Release Agreement, as amended on August 30, 2023, as filed by Plaintiffs at ECF Nos.110-2 and 110-6.

8.  Attached hereto as Exhibit G is a true and correct copy of an email from Ben & Jerry's Former CEO, Dave Stever to Ben & Jerry's employees dated March 31, 2025, regarding his resignation.

9.  Attached hereto as Exhibit H is a true and correct copy of a letter from Abhijit Bhattacharya to the Trustees of the Ben & Jerry's Foundation, Inc., dated December 13, 2025.

10.  Attached hereto as Exhibit I is a true and correct copy of the Assignment, Assumption and Release Agreement (Governance), dated June 12, 2025.

11.  Attached hereto as Exhibit J is a true and correct copy of the Assignment and Assumption Agreement (Settlement), dated June 12, 2025.

12.  Attached hereto as Exhibit K is a true and correct copy of the Claim Management and Assignment Agreement, dated October 27, 2025.

13.  Attached hereto as Exhibit L is a true and correct copy of the Articles of Amendment of Ben & Jerry's Homemade, Inc., dated December 15, 2025.

2

14. Attached hereto as Exhibit M is a true and correct copy of the Second Amended and Restated Bylaws of Ben & Jerry's Homemade, Inc., dated December 12, 2025.

15. Attached hereto as Exhibit N is a true and correct copy of the Confidential Arbitration by Agreement Award between the Class I Directors of the Ben & Jerry's Board of Directors and Unilever PLC, Conopco, Inc., and Ben & Jerry's Homemade, Inc., dated March 27, 2024.

16. Attached hereto as Exhibit O is a true and correct copy of the transcript from the April 14, 2026 hearing in front of the Court.

17. Attached hereto as Exhibit P is a true and correct copy of the proposed stipulation sent by Defendants to Plaintiffs on May 1, 2026 via email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed this 18th day of May 2026 in New York, New York.

*/s/ David J. Lender*
David J. Lender

3