**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

*VIA ECF*

July 1, 2026

**David J. Lender**
+1 (212) 310-8153
david.lender@weil.com

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:    *Ben & Jerry's Homemade, Inc., et al. v. Unilever PLC, et al.*, Case No. 24-cv-8641-PKC**

Dear Judge Castel:

We represent Defendants in the above-captioned case. We write to inform the Court that Defendants intend to provide and rely on the testimony of expert witnesses in this case.

On April 14, 2026, Your Honor held a hearing to resolve Plaintiffs' motion for a temporary restraining order and preliminary injunction, ECF No. 79. At the conclusion of the hearing and after denying Plaintiffs' motion, Your Honor ordered the parties to conclude all fact discovery by September 30, 2026, but did not make any ruling on the timing or scope of expert discovery. *See* Hearing Tr. at 43:12–44:5; *see also* ECF No. 100 ¶ 5. Instead, Your Honor directed the parties to inform the Court by July 1, 2026, if they sought to take expert discovery. *See* Hearing Tr. at 44:13–14.

Pursuant to Your Honor's directive, Defendants hereby inform the Court of their intention to rely on expert testimony. Specifically, Defendants intend to rely on the reports and testimony of experts on issues of corporate governance, on issues related to corporate branding and marketing, and on damages.

Defendants will plan to provide their expert disclosures pursuant to a schedule ordered by Your Honor.

We thank the Court for its attention to this matter.

**Weil, Gotshal & Manges LLP**

July 1, 2026
Page 2

Respectfully submitted,

*/s/ David J. Lender*

David J. Lender

*Attorney for Defendants Unilever PLC, Conopco, Inc.,*
*The Magnum Ice Cream Company N.V. and*
*Ben & Jerry's HoldCo, LLC*

cc:      All Counsel of Record (Via E-filing)