

**SHAHMEER HALEPOTA**
DIRECT 713.600.4953
MAIN 713.655.1101
FAX 713.655.0062
SHALEPOTA@AZALAW.COM

July 1, 2026

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Ben & Jerry's Homemade, Inc. et al. v. Unilever PLC et al.*, Case No. 1:24-cv-08641-PKC (S.D.N.Y.)

## **Plaintiffs' Application for Expert Discovery**

Dear Judge Castel:

Plaintiffs Ben & Jerry's Homemade, Inc. and the Class I Directors of the Ben & Jerry's Independent Board ("Plaintiffs") respectfully submit this application for authorization of expert discovery as described in Paragraph 14 of Your Honor's April 14, 2026 Civil Case Management Plan and Scheduling Order. ECF No. 100. Pursuant to Rule 1(A)(iii) of Your Honor's Individual Practices in Civil Cases, the next Case Management Conference is scheduled for October 15, 2026.

This case presents factual questions spanning corporate governance, corporate audit and investigation standards, non-profit governance, and brand equity where expert testimony may assist the trier of fact. *See Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 591 (1993); Fed. R. Evid. 702. This Court has broad discretion to admit such testimony, *McCullock v. H.B. Fuller Co.*, 61 F.3d 1038, 1042 (2d Cir. 1995). Plaintiffs do not seek experts to provide legal conclusions; instead, they respectfully request that they be permitted to have the option to disclose an expert witness(es) to opine on the following:

### I.    **Corporate Governance Structure and Mechanisms**

The Merger Agreement created a novel governance structure that Defendants have tried to upend via unilateral modification of eligibility requirements, a mid-litigation de-merger, and Defendants' removal of every sitting independent director.  Expert testimony may help a factfinder in untangling this knot.

Courts in this Circuit permit expert testimony regarding corporate governance. *SLSJ, LLC v. Kleban*, 277 F. Supp. 3d 258, 268 (D. Conn. 2017); *see, e.g., United States v. Brooks*, No. 06-CR-550, 2010 WL 291769, at *3–4 (E.D.N.Y. Jan. 11, 2010), *Pereira v. Cogan*, 281 B.R. 194, 200 (S.D.N.Y. 2002).

The Honorable P. Kevin Castel
July 1, 2026
Page 2

## II.    Corporate Audits and Investigations

In *In re Longtop Financial Technologies Ltd. Securities Litigation*, 32 F. Supp. 3d 453, 462–463 (S.D.N.Y. 2014), the court permitted an expert to opine on the "adequacy and propriety" of audit procedures. *United States v. Rankin*, No. 3:18-CR-272 (JAM), 2021 WL 5563996, at *3 (D. Conn. Nov. 27, 2021) (permitting expert testimony on the appropriateness of a corporation's auditing practices); *Pereira v. Cogan*, 281 B.R. 194, 199–200 (S.D.N.Y. 2002) (expert may testify as to "customary practices in a profession or industry").

The Fourth Amended Complaint alleges that Defendants launched a pretextual audit of the Foundation, five days after the Second Amended Complaint was filed, followed by a "Business Integrity Investigation" of Chair Mittal conducted by an investigator with ties to Unilever. An expert may help a trier of fact determine whether these processes were legitimate oversight functions or were instead designed to generate predetermined outcomes to justify Defendants' scheme to remove the Class I Directors, including the objective, industry-recognized characteristics of a legitimate corporate audit or investigation.[1]

## III.    Brand Equity

Finally, the allegations in this case involve harm to Ben & Jerry's brand integrity, goodwill, and commercial value resulting from Defendants' interference with the Independent Board. An expert may assist the factfinder in determining whether Defendants' disruption of the Independent Board's authority caused harm to Ben & Jerry's brand equity and commercial value, including: (i) how brand equity is created and maintained; (ii) why Ben & Jerry's brand equity is uniquely tied to the authenticity of its social mission; and (iii) how the governance structure, specifically, Independent Board authority, functions as the mechanism that preserves that authenticity in the marketplace.

Respectfully submitted,

Ahmad, Zavitsanos & Mensing, P.C.

By:

Shahmeer Halepota

cc:    All counsel of record.

---

[1] To the extent there is overlap between the topics covered by the Plaintiffs' proposed expert on audits and investigations and The Ben & Jerry's Foundation, Inc.'s related topics for expert testimony, Plaintiffs and the Foundation intend to designate the same expert for the overlapping topics.