**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BEN & JERRY'S HOMEMADE,INC.,CLASS I DIRECTORS OF BEN & JERRY'S INDEPENDENT BOARD, and THE BEN & JERRY'S FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>-against-<br><br>UNILEVER PLC,  CONOPCO, INC.,  BEN & JERRY'S HOLDCO, LLC, and  THE MAGNUM ICE CREAM COMPANY N.V.,<br><br>Defendants. | **Case No.: 1:24-cv-08641-PKC** |

**DECLARATION OF ELIZABETH BANKOWSKI**

I, Elizabeth Bankowski, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      Since 1995, I have been a trustee of The Ben & Jerry's Foundation, Inc. (the "Foundation"). I have also served on the board of directors of Ben & Jerry's Homemade, Inc. (Ben & Jerry's) and in senior management as Ben & Jerry's first Director of Social Mission Development.  I make this declaration based on my personal knowledge and review of records I received or maintained in the ordinary course of my trustee service.

2.      On or about April 9, 2025, the Foundation received a letter from Abhijit Bhattacharya (Unilever/Magnum's CFO). A true and correct copy of this April 9, 2025 letter is attached as Exhibit 1.

3.      Mr. Bhattacharya's April 9, 2025 letter stated that Unilever was engaging a firm called Forensic Risk Alliance to "expeditiously" undertake an audit of the Foundation.

The Foundation conducts annual independent audits that are published on our website along with our annual IRS Form 990. In the first twenty-four years since the Merger Agreement, Unilever had never requested an audit, objected to a grant, questioned our governance, or accused the Foundation of wrongdoing. Over this same twenty-four years, Unilever regularly made the annual allocation to the Foundation called for under the Merger Agreement—payments totaling approximately $68 million as of April 2025 and $74 million to date.

4.      On April 24, 2025, Unilever issued a public statement concerning its audit of the Foundation. A true and correct copy of that statement is attached as Exhibit 2.

5.      After the Foundation questioned Unilever's reasons for using Forensic Risk Alliance and asked to see the scope of review for the audit, Unilever told the Foundation that due to the Foundation's failure to cooperate, the Foundation's approved and expected remaining operational and grantmaking funding for 2025 was being withheld. When Unilever agreed to have the audit conducted by Ernst & Young instead of Forensic Risk Alliance, the Foundation agreed to proceed. From the start, a commitment was made by various Unilever executives that the audit was routine and results would be shared with the Foundation. In his May 6, 2025 letter, Mr. Bhattacharya told the Foundation that "the best organizations embrace transparency."  A true and correct copy of Mr. Bhattacharya's May 6, 2025 letter to the Foundation is attached as Exhibit 3.

6.      On May 18, 2025, the Foundation received an email from Abhijit Bhattacharya. A true and correct copy of that email is attached as Exhibit 4.

2

7.      On July 26, 2025, the Foundation received another email from Abhijit Bhattacharya. A true and correct copy of this email is attached as Exhibit 5.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 28, 2026

Signed by:

Elizabeth Bankowski

0D23CEAE5F44472...

Elizabeth Bankowski