UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                      :
                      :         ORDER OF REFERENCE
                      :     TO A MAGISTRATE JUDGE

Plaintiff,        :

   -v-        :           (    )(    )
                      :

                      :

Defendant.     :

                      :

                      x
-----------------------------------------------------------------

       The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

Specific Non-Dispositive Motion/Dispute:*

_____

_____

_____

If referral is for discovery disputes  when the District Judge is unavailable, the time period of the referral:_____

Settlement*

Inquest After Default/Damages Hearing

Consent under 28 U.S.C. §636(c) for all purposes (including trial)

Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

Habeas Corpus

Social Security

Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated _____

SO ORDERED:

_____
United States District Judge