**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BEN & JERRY'S HOMEMADE, INC.*,*
*et al.,*

                                   Plaintiffs,                          **24 Civ. 8641 (PKC) (GS)**

                    -against-
                                                                       **VIDEO DISCOVERY**
UNILEVER PLC.*, et al.,*                                                **CONFERENCE ORDER**

                                   Defendants.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Discovery Conference on **Thursday, August 20, 2026 at**

**2:30 p.m.** with respect to the discovery disputes raised by the parties in Dkt. Nos. 138, 141, 142,

and 143.  Counsel are directed to appear for the conference in Courtroom 9A, 500 Pearl Street,

New York, NY 10007.

        **SO ORDERED.**

DATED:        New York, New York
              July 29, 2026

                                                    _____
                                                    The Honorable Gary Stein
                                                    United States Magistrate Judge