# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

*VIA ECF*

July 31, 2026

**David J. Lender**
+1 (212) 310-8153
david.lender@weil.com

The Honorable G. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:**   ***Ben & Jerry's Homemade, Inc. et al. v. Unilever PLC et al.*, Case No. 24-cv-8641-PKC (S.D.N.Y.)**

Dear Judge Stein:

Pursuant to the Court's Individual Practices, Defendants Unilever PLC ("**Unilever**"), Conopco, Inc. ("**Conopco**"), The Magnum Ice Cream Company N.V. ("**TMICC**"), and Ben & Jerry's HoldCo, LLC ("**HoldCo**") (collectively, "**Defendants**") write regarding their response to the letter-motion dated July 28, 2026, filed by Plaintiff The Ben & Jerry's Foundation ("**Plaintiff**" or "**Foundation**"). ECF No. 143. The Foundation's letter was filed prior to the assignment of the above-captioned matter to Your Honor for pretrial purposes. ECF No. 145. Accordingly, the Foundation's letter was filed pursuant to Judge Castel's individual rules. For the limited purpose of responding to the Foundation's letter, Defendants request permission to follow Judge Castel's individual rules, which do not include a page limit and allow four business days for a response. Accordingly, Defendants would file a response to the Foundation's letter (ECF No. 143) on Monday, August 3, 2026. A conference is scheduled before the Court on August 20, 2026. ECF No. 146.

Defendants conferred with the Foundation and the Foundation does not oppose this request. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ David J. Lender*

David J. Lender

*Attorney for Defendants Unilever PLC, Conopco, Inc.,*
*The Magnum Ice Cream Company N.V.,*
*and Ben & Jerry's HoldCo, LLC*

cc:     All Counsel of Record (Via E-filing)