August 17, 2026

**<u>Via ECF</u>**
The Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Ben & Jerry's Homemade, Inc. et al. v. Unilever PLC et al.*, No. 1:24-cv-08641-PKC-GS — Request to Continue Discussion of Non-Party Subpoena at August 20 Conference

Dear Judge Stein:

We write on behalf of non-party Ben Cohen regarding the discovery conference scheduled before Your Honor for Thursday, August 20, 2026. Among the issues raised in Defendants' July 27, 2026 letter motion, ECF No. 141, is a request to compel Mr. Cohen's compliance with a subpoena dated May 26, 2026. *See* ECF No. 141 at 5–7.

The undersigned firm, Marziani, Stevens & Gonzalez PLLC, was hired on Friday, August 14, as counsel for Mr. Cohen. Given new counsel's very recent engagement, and because Defendants and Mr. Cohen believe they may be able to resolve their concerns regarding the subpoena, Mr. Cohen requests that any discussion of his subpoena compliance be continued to a later date and not taken up at Thursday's conference. Defendants consent to the request. Counsel for Defendants and for Mr. Cohen will promptly meet and confer with an eye towards resolving the matter.

For the avoidance of doubt, this letter and the request for a continuance are made without prejudice to, and without waiver of, any rights, objections, defenses, or arguments of any party or of Mr. Cohen, including with respect to the proper forum for a Rule 45 motion to compel third-party responses to a subpoena, the scope, validity, or enforceability of the subpoena, and the rules of civil procedure protections for non-parties, and any position previously asserted in ECF No. 141. Specifically, Mr. Cohen's counsel appears only for the limited purpose of requesting continuance to allow the parties to confer, and counsel's appearance is not consent to adjudicate the dispute before this court or waiver of any rights Mr. Cohen has under Rule 45. Nor, in consenting to this

request, do Defendants waive any arguments or counter-arguments they may have in response to any position Mr. Cohen may take or has taken regarding these issues.

Respectfully submitted,

*/s/ Mimi Marziani*
Mimi Marziani
*Counsel for Non-Party Ben Cohen*

cc: All counsel of record (via ECF)