**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| BEN & JERRY'S HOMEMADE, INC.,<br>CLASS I DIRECTORS OF BEN & JERRY'S<br>INDEPENDENT BOARD<br><br>Plaintiffs,<br>v.<br><br>UNILEVER PLC AND CONOPCO, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:24-cv-08641-PKC<br><br>JURY TRIAL DEMANDED |

---

**PLAINTIFFS' NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that Nathan Campbell of Ahmad, Zavitsanos & Mensing, PLLC will represent counsel for Plaintiffs Ben & Jerry's Homemade, Inc. and the Class I Directors of the Ben & Jerry's Independent Board (collectively, "Plaintiffs" or "Ben & Jerry's") in the above-captioned action.

Mr. Campbell is admitted to practice law in the State of New York and is a member in good standing of the bars of all jurisdictions in which he is admitted. His application for admission to practice before the United States District Court for the Southern District of New York is currently pending.

Please add Mr. Campbell to the Court's service list and to the service list for all papers, pleadings, notices, and other communications in this matter at the following address:

**Nathan Campbell**
NY Reg. No. 6267462
**AHMAD, ZAVITSANOS & MENSING, PLLC**
800 Third Ave Floor 21
New York, New York 10022
646-437-7370
ncampbell@azalaw.com

Dated: August 20, 2026

Respectfully submitted,

**AHMAD, ZAVITSANOS & MENSING PLLC**

By: */s/ Shahmeer Halepota*
Shahmeer Halepota
Joseph Y. Ahmad
John Zavitsanos (admitted *pro hac vice*)
Daryl L. Moore (admitted *pro hac vice*)
Weining Bai (admitted *pro hac vice*)
Edward Goolsby (admitted *pro hac vice*)
Kelsi S. White (admitted *pro hac vice*)
Thomas Frashier (admitted *pro hac vice*)
Sean Healey (admitted *pro hac vice*)
1221 McKinney, Suite 2500
Houston, Texas 77010
Phone: (713) 655-1101
Fax: (713) 655-0062

Nathan Campbell (application pending)
800 Third Ave Floor 21
New York, New York 10022

*Attorneys for Plaintiffs Ben & Jerry's Homemade, Inc. and the Class I Directors of the Ben & Jerry's Board*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically on August 20, 2026. As such, this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

*/s/Shahmeer Halepota*
Shahmeer Halepota