**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

*VIA ECF*

August 25, 2026

**David J. Lender**
+1 (212) 310-8153
david.lender@weil.com

The Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *Ben & Jerry's Homemade, Inc. et al. v. The Magnum Ice Cream Company N.V. et al.*, Case No. 24-cv-8641-PKC-GS (S.D.N.Y.)**

Dear Judge Stein:

On August 21, 2026, Judge Castel ruled on Defendants' Motion to Dismiss and Defendants' Motion to Substitute The Magnum Ice Cream Company N.V. ("**TMICC**") and Ben & Jerry's HoldCo, LLC for Unilever PLC and Conopco, Inc., *see* ECF No. 159.

Pursuant to the Court's directive at the August 20, 2026, conference, Defendants TMICC and Ben & Jerry's HoldCo, LLC (collectively, "**Defendants**") and the Plaintiff Class I Directors of Ben & Jerry's Homemade, Inc. ("**Plaintiffs**") respectfully submit a proposed joint schedule for the remainder of this case.

Prior to Judge Castel's ruling, the Parties agreed to the following schedule, which is reflected in the attached proposed Amended Case Management Plan and Scheduling Order:

- September 11, 2026 – all parties to substantially complete document production[1]
- September 15, 2026 – all parties to exchange privilege logs
- October 16, 2026 – close of fact discovery

[1] For any depositions occurring prior to September 11, the taking party will produce the documents they plan on using at least 5 days before the deposition and the defending party would similarly produce any responsive documents related to said deposition during that timeframe. Plaintiffs note that during the many conferrals across several weeks that the parties have been discussing scheduling and document exchange for depositions, no discussion of a counterclaim was raised. Plaintiffs seek to depose Defendants' witnesses regarding said counterclaims and sought to confer on any scheduling issues related to the same, including depositions dates. Defendants refused to provide any details regarding its counterclaims to streamline the conferral process. Defendants note that they advised Plaintiffs that, following Judge Castel's ruling on the Motion to Dismiss, Defendants would answer and assert counterclaims consistent with Fed. R. Civ. P. 12(a)(4)(A) and advised Plaintiffs of the nature of the counterclaims.

- October 23, 2026 – deadline to raise any remaining fact discovery disputes with the express commitment that all outstanding discovery disputes at the close of fact discovery shall be conferred upon expeditiously and prior to October 19 so that they may be appropriately raised to this Court
- October 30, 2026 – pre-motion summary judgment letters due
- November 6, 2026 – opening expert reports due
- December 7, 2026 – rebuttal reports due
- January 8, 2027 – close of expert discovery
- No later than January 13, 2027 – status conference with the Court

Prior to Judge Castel's ruling, there was only one remaining area of disagreement regarding scheduling: Plaintiffs request a trial setting in the first quarter of 2027 and Defendants do not believe a trial should be set prior to resolution of Motions for Summary Judgment.

Following Judge Castel's ruling, Defendants made Plaintiffs aware for the first time of Defendants' desire to allege counterclaims in accordance with Fed. R. Civ. P. 13. According to Fed. R. Civ. P. 12(a)(4)(A), Defendants will file their Answer and Counterclaims by September 4, 2026. The Parties agree to promptly meet and confer regarding any adjustments to the schedule that may be necessitated by Defendants' Answer and Counterclaims.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ David J. Lender*
David J. Lender

*Attorney for The Magnum Ice Cream Company N.V.*
*and Ben & Jerry's HoldCo, LLC*

*/s/ Shahmeer Halepota*
Shahmeer Halepota

*Attorney for Class I Directors of Ben & Jerry's Homemade, Inc.*

cc: All Counsel of Record (Via E-filing)