**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CLASS I DIRECTORS OF BEN & JERRY'S INDEPENDENT BOARD,<br><br>Plaintiffs,<br><br>v.<br><br>THE MAGNUM ICE CREAM COMPANY N.V., and BEN & JERRY'S HOLDCO, LLC,<br><br>Defendants | Case No. 1:24-cv-08641-PKC-GS |
| THE MAGNUM ICE CREAM COMPANY N.V., BEN & JERRY'S HOLDCO, LLC, and BEN & JERRY'S HOMEMADE, INC.,<br><br>Counterclaim Plaintiffs<br><br>v.<br><br>ANURADHA MITTAL, ASEEL NAJIB, DARYN DODSON, JENNIFER HENDERSON, DETAVIO SAMUELS, CHIVY SOK, and CHRIS MILLER,<br><br>Counterclaim Defendants | |

**BEN & JERRY'S HOMEMADE, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Counterclaim Plaintiff Ben & Jerry's Homemade, Inc. ("B&J"), a non-governmental public party, certifies the following:

1. There is no publicly held corporation that owns 10% or more of B&J's stock. B&J is the parent of Ben & Jerry's Franchising, Inc., a Vermont corporation, and the indirect parent of Ben & Jerry's Gift Card, LLC, a Florida limited liability company. The sole shareholder of B&J is Ben & Jerry's HoldCo, LLC ("HoldCo"), a Delaware limited

liability company. The sole member of HoldCo is Magnum ICC US HoldCo, LLC, a Delaware limited liability company. The sole member of Magnum ICC US HoldCo, LLC is Magnum ICC US SpinCo, LLC, also a Delaware limited liability company. The sole member of Magnum ICC US SpinCo, LLC is The Magnum Ice Cream Company NewCo Netherlands B.V, a private company with limited liability under the laws of the Netherlands with its office in Amsterdam, the Netherlands. The Magnum Ice Cream Company NewCo Netherlands B.V. is held 19.85% by The Magnum Ice Cream Company N.V. and 80.15% by The Magnum Ice Cream Company HoldCo Netherlands B.V. The Magnum Ice Cream Company HoldCo Netherlands B.V. is a private company with limited liability under the laws of the Netherlands with its office in Amsterdam, the Netherlands, and is held 100% by The Magnum Ice Cream Company N.V, a public company under the laws of the Netherlands with its office in Amsterdam, the Netherlands.

2. B&J is a Vermont corporation with its office in South Burlington, Vermont.

Dated: September 11, 2026
New York, NY

By: */s/ David J. Lender*

David J. Lender
Luna N. Barrington
Joseph R. Rausch
Alexandra Rose
Nicholas Reade
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
david.lender@weil.com
luna.barrington@weil.com
joseph.rausch@weil.com
alexandra.rose@weil.com
nick.reade@weil.com

*Attorneys for Counterclaim-Plaintiff Ben & Jerry's Homemade, Inc.*