**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

*VIA ECF*

**David J. Lender**
+1 (212) 310-8153
david.lender@weil.com

October 2, 2026

The Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *The Class I Directors of Ben & Jerry's Homemade, Inc. v. The Magnum Ice Cream Company N.V.et al.*, Case No. 24-cv-8641-PKC-GS (S.D.N.Y.)**

Dear Judge Stein:

Pursuant to the Court's Individual Practices, Defendants The Magnum Ice Cream Company N.V. ("**TMICC**") and Ben & Jerry's HoldCo, LLC ("**HoldCo**") (collectively, "**Defendants**") and Counterclaim-Plaintiffs TMICC, HoldCo, and Ben & Jerry's Homemade, Inc. ("**B&J**")[1] (collectively, "**Counterclaim-Plaintiffs**") write regarding a requested amendment to the Protective Order entered at ECF No. 156. The Protective Order defines a "Qualified Person" to include "Outside Counsel that have appeared for a Party in the case ("**Outside Counsel**") … ." Protective Order at 2. In addition to outside counsel who has appeared connection with the above-captioned case, the parties wish to include in the definition of "Outside Counsel" (and therefore "Qualified Person") outside counsel who has appeared for a party in the matter of *Anuradha Mittal v. Unilever PLC et al.,* Case No. 3:26-cv-02660-WHO (N.D. Cal) ("**Mittal Matter**"). This would include, but not be limited to, the Law Offices of Thomas B. Harvey; Vitale, Vickrey, Niro, Solon & Gasey LLP; and Quinn Emanuel Urquhart & Sullivan LLP; attorneys from each of these firms have entered an appearance in the Mittal Matter. Defendants and Counterclaim-Plaintiffs therefore request the Court so order this amendment to the Protective Order such that any counsel who has entered an appearance in the Mittal Matter qualifies as "Outside Counsel" for purposes of the above-captioned matter and the Protective Order at ECF No. 156.

Attached as Exhibit A please find an amended Protective Order reflecting the above change.

Defendants and Counterclaim-Plaintiffs conferred with counsel for the Class I Directors and the Class I Directors join this request. We thank the Court for its attention to this matter.

[1] Plaintiffs dispute this characterization, including the assertion that Ben & Jerry's Homemade, Inc. has properly been added as a party.

Respectfully submitted,

*/s/ David J. Lender*

David J. Lender

*Attorney for Defendants The Magnum Ice Cream Company N.V. and Ben & Jerry's HoldCo, LLC and Counterclaim-Plaintiffs The Magnum Ice Cream Company N.V., Ben & Jerry's HoldCo, LLC, and Ben & Jerry's Homemade, Inc.*

cc: All Counsel of Record (Via E-filing)