**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

*VIA ECF*

**David J. Lender**
+1 (212) 310-8153
david.lender@weil.com

October 11, 2026

The Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***Class I Directors of Ben & Jerry's Independent Board v. The Magnum Ice Cream Company N.V., et al.*, Case No. 24-cv-8641-PKC-GS (S.D.N.Y.)**

Dear Judge Stein:

We represent Defendants The Magnum Ice Cream Company N.V. ("**TMICC**") and Ben & Jerry's HoldCo, LLC ("**HoldCo**") (collectively, "**Defendants**") and Counterclaim-Plaintiffs TMICC, HoldCo, and Ben & Jerry's Homemade, Inc.[1] ("**B&J**") (collectively, "**Counterclaim-Plaintiffs**") in the above-captioned matter. Pursuant to the Case Management Order, dated September 1, 2026 [ECF No. 165], we write with the consent of Plaintiffs-Counterclaim Defendants Class I Directors of Ben & Jerry's Independent Board to request an extension of several discovery deadlines and a modification of dates in the pretrial schedule.

The next conference before Judge Castel is scheduled for November 19, 2026 [ECF No. 175]. In accordance with the Case Management Order, fact discovery is currently scheduled to close on October 16, 2026, and expert discovery will close on January 8, 2027. The parties previously requested an extension of discovery deadlines, *see* ECF No. 161, which the Court so-ordered on September 1, 2026, *see* ECF No. 165.

The parties have met and conferred in good faith and respectfully request that the Court modify the current dates in the pretrial schedule to ensure orderly completion of all fact and expert discovery.

The parties respectfully request the Court enter the below schedule to allow for a complete fact discovery period:

[1] Plaintiffs contest that B&J has been properly added as a party.

| Original Date | New Date | Deadline |
|---|---|---|
| October 16, 2026 | October 16, 2026 (unchanged) | Close of fact discovery save for the depositions which the parties have agreed will occur after this date. |
| October 19, 2026 | October 19, 2026 (unchanged) | Deadline to confer on any disputes other than depositions to occur after this date and confidentiality/privilege issues. |
| October 23, 2026 | October 23, 2026 (unchanged) | Deadline to raise any remaining fact discovery disputes save for disputes regarding depositions which occur after this date as well as privilege/confidentiality issues with the express commitment that all outstanding discovery disputes at the close of fact discovery shall be conferred upon expeditiously and prior to October 19 so that they may be appropriately raised to this Court. |
| October 16, 2026 | November 12, 2026 | Deadline to complete fact discovery depositions. |
| October 19, 2026 | November 13, 2026 | Deadline to confer on any remaining deposition discovery disputes except for those outlined above. |
| October 23, 2026 | November 16, 2026 | Deadline to raise any discovery issues for depositions that occurred after October 16, 2026, with the express commitment that all outstanding disputes regarding these depositions shall be conferred upon expeditiously and prior to November 13 so that they may be appropriately raised to this Court. |
| October 30, 2026 | November 16, 2026 | Pre-motion summary judgment letters due |
| October 30, 2026 | November 19, 2026 | Face-to-face settlement discussions must occur by this date |
| November 6, 2026 | November 16, 2026 | Opening Expert Reports Due |
| December 7, 2026 | December 14, 2026 | Rebuttal Expert Reports due |
| January 8, 2027 | January 8, 2027 (unchanged) | Close of expert discovery |

| **Original Date** | **New Date** | **Deadline** |
|---|---|---|
| January 13, 2027 | January 13, 2027 (unchanged) | Status conference with the Court (at the Court's convenience but later than this date) |

*********

We thank the Court for its attention to this matter.

*/s/ David J. Lender*

David J. Lender

*Attorney for Defendants-Counterclaim-Plaintiffs*
*The Magnum Ice Cream Company N.V.*
*and Ben & Jerry's HoldCo, LLC and for*
*Counterclaim-Plaintiff Ben & Jerry's Homemade, Inc.*

cc: All Counsel of Record (Via E-filing)