**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

*VIA ECF*

**David J. Lender**
+1 (212) 310-8153
david.lender@weil.com

October 12, 2026

The Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *Class I Directors of Ben & Jerry's Independent Board v. The Magnum Ice Cream Company N.V., et al.*, Case No. 24-cv-8641-PKC-GS (S.D.N.Y.)**

Dear Judge Stein:

Defendants The Magnum Ice Cream Company N.V. and Ben & Jerry's HoldCo, LLC (collectively, "Defendants") and Counterclaim-Plaintiffs TMICC, Holdco, and Ben & Jerry's Homemade, Inc. (collectively, "Counterclaim-Plaintiffs") respectfully submit this amended letter ("Amended Letter") in response to the Former Class I Directors' ("Plaintiffs") October 6, 2026 letter-motion. *See* ECF No. 184.

The Amended Letter removes a footnote included in Defendants' and Counterclaim-Plaintiffs' October 9, 2026 submission (ECF No. 186) that referenced information appearing on a publicly available website. The footnote was included based on the understanding that the website had disclosed certain terms of the parties' confidential settlement agreement before the complaint was filed in this case. Plaintiffs' counsel has since represented that the website was not updated to reflect those terms until 2026. In light of that clarification, Defendants and Counterclaim-Plaintiffs have removed the footnote and respectfully submit this Amended Letter to correct the record.

Respectfully submitted,

*/s/ David J. Lender*

David J. Lender

*Attorney for Defendants-Counterclaim-Plaintiffs*
*The Magnum Ice Cream Company N.V.*
*and Ben & Jerry's HoldCo, LLC and for*
*Counterclaim-Plaintiff Ben & Jerry's Homemade, Inc.*

cc: All Counsel of Record (Via E-filing)