**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

*VIA ECF*

**David J. Lender**
+1 (212) 310-8153
david.lender@weil.com

October 13, 2026

The Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *Class I Directors of Ben & Jerry's Independent Board v. The Magnum Ice Cream Company N.V., et al.*, Case No. 24-cv-8641-PKC-GS (S.D.N.Y.)**

Dear Judge Stein:

Defendants The Magnum Ice Cream Company N.V. ("TMICC") and Ben & Jerry's HoldCo, LLC ("HoldCo") (collectively, "Defendants") and Counterclaim-Plaintiffs TMICC, Holdco, and Ben & Jerry's Homemade, Inc. (collectively, "Counterclaim-Plaintiffs") respectfully write to follow up regarding the October 12, 2026 filings (ECF Nos. 188 and 189) and to request the Court remove the letter filed at ECF No. 186 from the docket.

On October 12, 2026, Defendants and Counterclaim-Plaintiffs submitted a letter amending the letter filed at ECF No. 186. The amended letter has been filed at ECF No. 188. After speaking with the clerk's office, we understand that the original letter at ECF No. 186 cannot be removed from the docket without express direction from the Court. Accordingly, consistent with Defendants' and Counterclaim-Plaintiffs' letter at ECF No. 189, we request that the Court order the letter at ECF No. 186 be removed from the docket and stricken from the record. Defendants and Counterclaim-Plaintiffs request that the letter filed at ECF No. 188 be considered the response to the letter filed by the former Class I Directors of Ben & Jerry's at ECF No. 184.

We thank the Court for its time and attention to this matter. Respectfully submitted,

*/s/ David J. Lender*

David J. Lender

*Attorney for Defendants-Counterclaim-Plaintiffs*
*The Magnum Ice Cream Company N.V.*
*and Ben & Jerry's HoldCo, LLC and for*
*Counterclaim-Plaintiff Ben & Jerry's Homemade, Inc.*

cc: All Counsel of Record (Via E-filing)