**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

BEN & JERRY'S HOMEMADE, INC.,

Plaintiff,

-against-

UNILEVER PLC, *et al.*,,

Defendants.

---------------------------------------------------------------X

**24 Civ. No. 8641 (PKC) (GS)**

**ORDER SCHEDULING ORAL ARGUMENT**

**GARY STEIN, United States Magistrate Judge:**

An oral argument for the issues raised by the parties' letters (see dkt. nos. 184, 195, 196, and 197) is scheduled on **Thursday, November 12, 2026 at 10:00 a.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED: New York, New York
October 28, 2026

Gary Stein

The Honorable Gary Stein
United States Magistrate Judge