**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

CLASS I DIRECTORS OF BEN & JERRY'S INDEPENDENT BOARD,

Plaintiffs,

-against-

THE MAGNUM ICE CREAM COMPANY N.V., *et al.*,

Defendants.

---------------------------------------------------------------X

**24 Civ. 8641 (PKC) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On November 12, 2026, the Court held oral argument on the disputes raised in the letters submitted at Docket Numbers 184, 195, 196, and 197. At the hearing, the Court ruled on many of the issues raised by the parties, while others remain *sub judice*. The Court also directed additional submissions on certain issues as follows:

1. Defendants shall submit a letter regarding the witness Defendants wish to maintain anonymous by no later than Friday, November 20, 2026. Plaintiffs shall respond to this letter by no later than Wednesday, November 25, 2026.
2. Following a meet and confer with Plaintiffs, Defendants shall submit a draft Rule 502(d) Order concerning certain matters as discussed at the hearing. The draft Rule 502(d) Order shall be submitted by no later than Friday, November 20, 2026.
3. Defendants shall submit a separate letter in support of their claim of privilege with respect to communications to and from Tiemen Bloemberg by no later than Wednesday, November 18, 2026. Plaintiffs shall respond to this letter by no later than Friday, December 4, 2026.

**SO ORDERED.**

DATED: New York, New York
November 17, 2026

______________________________
The Honorable Gary Stein
United States Magistrate Judge