UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

CLASS I DIRECTORS OF BEN & JERRY'S INDEPENDENT BOARD,

Plaintiffs,

24-cv-8641 (PKC)

-against-

ORDER

THE MAGNUM ICE CREAM COMPANY N.V., et al.,

Defendants.

-----------------------------------------------------------x

CASTEL, U.S.D.J.

The Conference scheduled for November 19, 2026 is VACATED pending completion of pretrial proceedings before Magistrate Judge Stein.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
November 18, 2026